**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ANTHONY BOATRIGHT, | : | No. 15 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| OFFICE OF THE CLERK OF THE | : | |
| COMMON PLEAS COURT, ALLEGHENY | : | |
| COUNTY, ET AL., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of June, 2023, the Application for Leave to File Original Process is GRANTED, and the "Application for a Writ of Mandamus" is DENIED.